

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-14-00282-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

This court issued an order granting a temporary stay of the trial court's order and requesting a response to the petition for writ of mandamus on April 24, 2014. A motion to reconsider that order was subsequently filed on behalf of the respondent judge. The panel has considered the relator's emergency motion for temporary relief, the responses to that motion filed on behalf of the respondent and the real party in interest and the motion to reconsider filed by the respondent judge. The motion to reconsider the temporary stay is DENIED.

It is so **ORDERED** on April 24th, 2014.          PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI02421, styled *A.L.F.L. v. K.L.L.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.